DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GAIL FLINN,**
Appellant,

v.

**FRANCES CAPPELEN,**
Appellee.

No. 4D17-201

[April 5, 2018]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Charles M. Holcomb, Senior Judge; L.T. Case No. 312013CP000992.

Jennifer S. Carroll of the Law Offices of Jennifer S. Carroll, P.A., Palm Beach Gardens, for appellant.

Amy D. Shield and Roger Levine of Shield & Levine, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and LEVINE, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***